■ In the Matter of JACK W. ADELMAN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [648 NYS2d 385] —Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.

■ In the Matter of DANIEL E. BARRETT, for Reinstatement. [648 NYS2d 393] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.

■ In the Matter of RICHARD C. BAXTER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [647 NYS2d 592] —A certified copy of a certificate having been filed showing that Richard G. Baxter was convicted of felony driving while intoxicated, he is disbarred and his name is stricken from the roll of attorneys. Present— Denman, P. J., Green, Fallon, Callahan and Doerr, JJ. (Filed July 24, 1996.)